# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128708

CURTIS BARANCIK and SUSAN BARANCIK,
Co-Conservators of the Estate of JOSHUA
BARANCIK,
        Plaintiffs-Appellees,

v

FRANK P. SCHINCO, M.D., ST. LUKE'S
NEUROLOGICAL SURGERY, P.C., and
COVENANT MEDICAL CENTER-COOPER,
a/k/a COVENANT MEDICAL CENTER, INC.,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128708
COA: 259701
Saginaw CC: 02-042965-NH

On order of the Court, the application for leave to appeal the April 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

p1121